Harold TROUP *v.* STATE of Arkansas

CR 02-376 74 S.W.3d 205

Supreme Court of Arkansas
Opinion delivered May 2, 2002

*Bart Ziegenhorn,* for appellant.

No response.

P ER CURIAM. Appellant, Harold Troup, by and through his attorney, has filed a motion for belated appeal. Attorney Bart Ziegenhorn admits by motion that the appeal was not timely filed due to a mistake on his part.

██ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.